AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Friot, Stephen P. | 2. Court or Organization<br><br>District Court - W.D. of Okla. | 3. Date of Report<br><br>05/07/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

200 N.W. 4th St., Room 3102
Oklahoma City, OK 73102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member | Troop Committee, Troop 4, Last Frontier Council, Boy Scouts of America |
| 2.   Vice President, Director and Member of the Executive Committee | Last Frontier Council, Inc., Boy Scouts of America |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P. | 05/07/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | [redacted] -- salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Institute of Law and Public Policy | January 22 - January 30,. 2011 | Russian Federation | ILPP Judicial Dialogue Project | Air fare, lodging, meals |
| 2. | Institute of Law and Public Policy | March 14 - 15, 2011 | Washington, D.C. | ILPP Judicial Dialogue Porject | Air fare, lodging, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P. | 05/07/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. MidFirst Bank | A | Interest | K | T | | | | | |
| 2. BancFirst | A | Interest | J | T | | | | | |
| 3. Intel common | A | Dividend | K | T | | | | | |
| 4. TIAA-CREF MONEY FUND | A | Dividend | K | T | | | | | |
| 5. TIAA-CREF HIGH YLD BOND FUND | C | Dividend | L | T | | | | | |
| 6. TIAA-CREF LARGE CAP VALUE FUND | B | Dividend | M | T | Sold (part) | 04/25/11 | J | A | |
| 7. TIAA Retirement Annuity | | None | L | T | | | | | |
| 8. TIAASupp. Ret. Annuity | | None | K | T | | | | | |
| 9. TIAA S&P 500 Index | | None | L | T | | | | | |
| 10. Vanguard Mid Cap Index | A | Dividend | L | T | Sold (part) | 04/25/11 | J | B | |
| 11. Vanguard Total Bond Market | B | Dividend | K | T | Sold (part) | 04/25/11 | K | B | |
| 12. Vanguard Short Term Bond | A | Dividend | K | T | | | | | |
| 13. Pax World High Yield Bond Fund | B | Dividend | K | T | Buy (add'l) | 04/25/11 | J | | |
| 14. Vanguard Growth Index | B | Dividend | M | T | Sold (part) | 04/25/11 | J | D | |
| 15. Vanguard REIT ETF | B | Dividend | K | T | | | | | |
| 16. DFA Emerging Markets | A | Dividend | J | T | | | | | |
| 17. American Europacific Growth | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. DFA International Small Cap | A | Dividend | K | T | | | | | |
| 19. Diamond Hill Long | B | Dividend | K | T | Buy (add'l) | 04/25/11 | K | | |
| 20. Vanguard Small Cap | A | Dividend | K | T | | | | | |
| 21. Amer Beacon Tr Infl | A | Dividend | | | Sold | 04/25/11 | L | C | |
| 22. Pimco Emerging Local Bond | C | Dividend | K | T | | | | | |
| 23. DFA Inlation Prot | C | Dividend | L | T | Buy | 04/25/11 | L | | |
| 24. PIMCO Total Return | B | Dividend | K | T | Buy | 04/25/11 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001 - $100,000 | B = $1,001 - $2,500 G = $100,001 - $1,000,000 | C = $2,501 - $5,000 H1 = $1,000,001 - $5,000,000 | D = $5,001 - $15,000 H2 = More than $5,000,000 | E = $15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less N = $250,001 - $500,000 P3 = $25,000,001 - $50,000,000 | K = $15,001 - $50,000 O = $500,001 - $1,000,000 | L = $50,001 - $100,000 P1 = $1,000,001 - $5,000,000 P4 = More than $50,000,000 | M = $100,001 - $250,000 P2 = $5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P. | 05/07/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen P. Friot**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544